**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HSBC BANK, USA, et al.,

      Plaintiffs,

    v.

LILIA MADAMBA, et al.,

      Defendants.
_____/

No. C12-2068 EMC

**ORDER TO SHOW CAUSE**

      A Case Management Conference was held on August 24, 2012. Defendants Lilia and Rowen Madamba are ordered to show cause why this case should not be remanded to state court. Their response shall be filed by 4:00 p.m., September 24, 2012. Plaintiffs' reply shall be filed by October 1, 2012. The Court will remand this case to state court if a response is not filed by September 24, 2012.

      IT IS SO ORDERED.

Dated: August 28, 2012

                                                _____
                                                EDWARD M. CHEN
                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HSBC BANK,

        Plaintiff,

v.

LILIA MADAMBA et al,

        Defendant.

Case Number: CV12-02068 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lilia Flores Madamba
c/o 32 Alisal Court
Pacifica, CA 94044

Rowen Madamba
c/o 32 Alisal Court
Pacifica, CA 94044

Dated: August 28, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2